IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PORTER W. WRIGHT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D16-2943

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Porter W. Wright, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.